## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ROBERT G. TRAMMEL,
ADC #651566                                                                                       PLAINTIFF

V.                                          3:15CV00193 DPM/JTR

W. TOWNES, Treatment Coordinator,
Northeast Arkansas Community Corrections, et al.                    DEFENDANTS

## ORDER

Plaintiff, Robert G. Trammel, is a prisoner in the Northeast Arkansas Community Correction Center. He has filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights.

The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v.*

*Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire,* 636 F.3d 976, 979 (8th Cir. 2011).

Plaintiff alleges that Defendants Towns and Johnson are violating his First Amendment religion rights by forcing him to "participate in many different classes and occasions that involves prayer to a God that is not mine." *Doc. 2 at 4.* Plaintiff further contends that if he does not do so, he will not be allowed to "go home." *Id.*

The Court needs further information to complete § 1915A screening. Thus, Plaintiff must file, within thirty days of the entry of this Order, an Amended Complaint clarifying: (1) whether he is waiting to be released on parole or on completion of his entire sentence; (2) how Defendant Towns and Johnson *each personally participated* in the violation of his First Amendment rights; and (3) whether he is suing Defendants in their official and/or individual capacities.[1]

IT IS THEREFORE ORDERED THAT:

1. Plaintiff must, **within thirty days of the entry of this Order**, file an Amended Complaint containing the specified information.

2. Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

---

[1] Plaintiff can obtain monetary damage against Defendants in their individual capacities, and injunctive/declaratory relief against them in their official capacities. *See Zajrael v. Harmon*, 677 F.3d. 353, 355 (8th Cir. 2012); *Larson v. Kempker*, 414 F.3d 936, 939-40 (8th Cir. 2005).

Dated this 17th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE