# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ROBERT G. TRAMMEL,
ADC #651566                                                              PLAINTIFF

V.                              3:15CV00193 DPM/JTR

WALTER TOWNE, Treatment Coordinator,
Northeast Arkansas Community Correction Center                           DEFENDANT

## ORDER

On December 31, 2015, an Order sent to Plaintiff at the Northeast Arkansas Community Corrections Center was returned undelivered because Plaintiff has been released from custody. *Doc. 18.* In light of his recent release, it is unclear whether Plaintiff remains interested in pursuing this action and, if so, whether he is still entitled to proceed *in forma pauperis.*[1]

IT IS THEREFORE ORDERED THAT:

1.  The Clerk is directed to send Plaintiff a freeworld Application to Proceed *In Forma Pauperis.*

2.  Plaintiff must file, **on or before February 3, 2016**: (a) a Statement

---

[1] The Court's records demonstrate that Plaintiff currently owes $344 of the $350 filing fee.

-1-

indicating whether he wishes to continue with this lawsuit; and (b) a freeworld Application to Proceed *In Forma Pauperis*. If he does not timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 4th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE