IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT G. TRAMMEL,
ADC #651566                                                                          PLAINTIFF

v.                No. 3:15-cv-193-DPM-JTR

WALTER TOWNE,
Treatment Coordinator/Supervisor,
Northeast Arkansas Community Corrections         DEFENDANT

ORDER

1. Mail sent to Trammel's last known address is being returned as undeliverable. № 18, 20 & 21. As a result, he hasn't complied with the Court's Orders directing him to respond to Towne's motion for summary judgment and to file a free world application to proceed *in forma pauperis*. № 17 & 19. Trammel's remaining claims will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

2. The pending motion for summary judgment, № 14, is denied as moot. This denial is without prejudice to Towne renewing it if Trammel refiles.

3. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 February 2016