IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT G. TRAMMEL,
ADC #651566                                                                    PLAINTIFF

v.                          No. 3:15-cv-193 DPM

WALTER TOWNE, Treatment
Coordinator/Supervisor; D. JOHNSON,
Warden; and NORTHEAST ARKANSAS
COMMUNITY CORRECTIONS CENTER                        DEFENDANTS

JUDGMENT

1. Trammel's claims against Johnson and Towne are dismissed without prejudice.

2. Trammel's claims against the Northeast Arkansas Community Corrections Center are dismissed with prejudice.

_____
D. P. Marshall Jr.
United States District Judge

11 February 2016